# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LYLE FERDINAND HUMPHREY, III, also known as Lyle Humphrey,

    Petitioner,

v.                                Civil Action No. 2:13-CV-244-RMP

M. OBENLAND,

    Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition for Writ of Habeas Corpus is DENIED and judgment is entered in favor of respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Rosanna Malouf Peterson on a Petition for Writ of Habeas Corpus.

Date: 11/24/2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas